FILED

03/05/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0523

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 19-0523

SUSAN HENSLEY,

Petitioner and Appellant,

v.

MONTANA STATE FUND,

Respondent and Appellee.

FILED

MAR 05 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

Counsel for Appellant Susan Hensley has filed a motion requesting oral argument in the captioned matter. Respondent Montana State Fund does not oppose the motion.

IT IS ORDERED that the Court will give the motion due consideration.

DATED this 5th day of March, 2020.

For the Court,

By _____
Chief Justice